**COMMONWEALTH of Pennsylvania**

v.

**John WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 15, 1974.

Decided March 18, 1975.

Chas. Lowenthal, Philadelphia, for appellant.

Arlen Specter, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., David Richman, Asst. Dist. Atty.,

598

Chief, Appeals Division, B. B. Leadbetter, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.